# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | EAST WEST PLUMBING, INC. | § | Case No. 09-27132 |
| | EAST WEST MECHANICAL | § | |
| | CONTRACTORS, IN | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/28/2011 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/23/2011          By:    /s/Glenn R. Heyman
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: EAST WEST PLUMBING, INC.       §    Case No. 09-27132

                                       §

         EAST WEST MECHANICAL CONTRACTORS, IN    §

Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,502.29 |
| *and approved disbursements of* | $ | 8.60 |
| *leaving a balance on hand of* [1] | $ | 7,493.69 |

**Balance on hand:**      $     7,493.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Plumbers Welfare Fund Local 130 UA etal | 80,568.67 | 80,568.67 | 0.00 | 2,305.46 |

Total to be paid to secured creditors:    $    2,305.46
Remaining balance:    $    5,188.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,500.23 | 0.00 | 1,500.23 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,456.00 | 0.00 | 2,456.00 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,232.00 | 0.00 | 1,232.00 |

Total to be paid for chapter 7 administration expenses:    $    5,188.23
Remaining balance:    $    0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,711.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 2,711.34 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 174,852.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 325.00 | 0.00 | 0.00 |
| 2 | Shivlock Company, Inc. | 13,514.00 | 0.00 | 0.00 |
| 3U | Plumbers Welfare Fund Local 130 UA etal | 161,013.37 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/GLENN R. HEYMAN
                                    Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                    Case No. 09-27132-JBS
East West Plumbing, Inc.                                  Chapter 7
          Debtor
```

### CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: esullivan        Page 1 of 2        Date Rcvd: Jun 24, 2011
                           Form ID: pdf006        Total Noticed: 30
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2011.
db           +East West Plumbing, Inc.,   2348 West Grand Avenue,   Chicago, IL 60612-1439
aty          +Crane Heyman Simon Welch & Clar,   Dannen Crane Heyman & Simon,   135 S Lasalle St Ste 1540,
              Chicago, IL 60603-4177
aty          +Glenn R Heyman,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
aty          +Richard H Fimoff,   Robbins, Salomon & Patt Ltd.,   25 E  Washington Street,   Suite 1000,
              Chicago, IL 60602-1796
tr           +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
14245361     +Anthony G. Suizzo,   1701 E. Lake Street,   Suite 310,   Glenview, IL 60025-2061
14245362     +Arrow Financial Services LLC,   c/o Freedman, Anselmo,   PO Box 3228,   Naperville, IL 60566-3228
14460968     +Banner Plumbing Supply Co,   Anthony G Suizzo,   1701 E Lake Street Suite 310,
              Glenview, IL 60025-2061
14245363     +Banner Plumbing Supply Co.,   7255 Cottage Grove Avenue,   Chicago, IL 60619-1299
14245364     +Citgo,   PO Box 2224,   Birmingham, AL 35246-0001
14245365     +Department of Revenue,   121 N. LaSalle St.,   Room 107A,   Chicago, IL 60602-1288
14245366     +Domestic Linen Supply Co.,   c/o The Chaet Kaplan Baim Firm,   30 N. LaSalle Street # 1520,
              Chicago, IL 60602-3387
14245367     +Ferguson Enterprises LLC,   1401 N. Cicero Avenue,   55 E. Monroe St. 40th Floor,
              Chicago, IL 60603-5713
14460969     +Ferguson Enterprises LLC,   Thompson Coburn LLP,   Attn: Glen T Keysor,
              55 E Monroe St 40th Floor,   Chicago, IL 60603-5713
14245368     +Home Depot Credit Services,   PO Box 6029,   The Lakes, NV 88901-6029
14245369     +Hunter Warfield,   3111 W. Dr. Martin Luther King,   Suite 200,   Tampa, FL 33607
14245370     +IL Dept. of Employmt. Sec.,   527 S. Wells St.,   Chicago, IL 60607-3928
14336239     +Illinois Department of Employment Security,   33 South State Street,
              Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14245371     +Legacy Professionals, LLC,   Attn: James Giemzik, CPA,   10 N. LaSalle St. # 4200,
              Chicago, IL 60602
14245372     +Lewis, Overbeck & Furman, LLP,   Attn: James R. Gannon,   20 N. Clark St. #3200,
              Chicago, IL 60602-5093
14245373     +Menards,   c/o HSBC Business Solutions,   PO Box 5219,   Carol Stream, IL 60197-5219
14245374     +National Plumbing,   5740 N. Tripp Avenue,   Chicago, IL 60646-6723
14245375     +Ozinga,   PO Box 16800,   Chicago, IL 60616-0800
14460966      Plumbers Pension Fund LU 130,   Legacy Professionals LLC,   Attn: James Giemzik CPA,
              10 N LaSalle St #4200,   Chicago, IL 60602
14460967     +Plumbers Pension Fund LU 130,   Lewis Overbeck & Furman LLP,   Attn: James R Gannon,
              20 N Clark St #3200,   Chicago, IL 60602-5093
14245376    +++Plumbers Welfare Fund Local 130 UA etal,   Douglas A Linsay,   Lewis Overbeck & Furman LLP,
              20 North Clark Street Suite 3200,   Chicago, IL 60602-5093
14245377     +Shivlock Company, Inc.,   2226 N. Milwaukee Ave.,   Chicago, IL 60647-4049
14245378     +Sonchai Srichinda,   4826 North Bell,   Chicago, IL 60625-1908
14245379     +Thompson Coburn, LLP,   Attn: Glen T. Keysor,   55 E. Monroe St. 40th Floor,
              Chicago, IL 60603-5713
14245380     +Wells Plumbing, Inc.,   916 W. 21st Street,   Chicago, IL 60608-4542
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1         User: esullivan         Page 2 of 2              Date Rcvd: Jun 24, 2011
                             Form ID: pdf006         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2011**                        **Signature:**