**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: EAST WEST PLUMBING, INC.          § Case No. 09-27132
                                          §
     EAST WEST MECHANICAL CONTRACTORS, IN §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $2,305.57 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $5,196.83 | |

3) Total gross receipts of $ 7,502.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,502.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $127,893.90 | $80,568.67 | $80,568.67 | $2,305.57 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,196.83 | 5,196.83 | 5,196.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,459.38 | 2,711.34 | 2,711.34 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 146,096.70 | 174,852.37 | 174,852.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $276,449.98 | $263,329.21 | $263,329.21 | $7,502.40 |

4) This case was originally filed under Chapter 7 on July 27, 2009. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011          By: /s/GLENN R. HEYMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement on assets transferred | 1141-000 | 7,500.00 |
| Interest Income | 1270-000 | 2.40 |
| **TOTAL GROSS RECEIPTS** | | **$7,502.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Plumbers Welfare Fund Local 130 UA etal | 4800-000 | 127,893.90 | 80,568.67 | 80,568.67 | 2,305.57 |
| **TOTAL SECURED CLAIMS** | | | **$127,893.90** | **$80,568.67** | **$80,568.67** | **$2,305.57** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,500.23 | 1,500.23 | 1,500.23 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,456.00 | 2,456.00 | 2,456.00 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,232.00 | 1,232.00 | 1,232.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.60 | 8.60 | 8.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 5,196.83 | 5,196.83 | 5,196.83 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | 2,319.38 | 2,711.34 | 2,711.34 | 0.00 |
| NOTFILED | Department of Revenue | 5200-000 | 140.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 2,459.38 | 2,711.34 | 2,711.34 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 325.00 | 325.00 | 0.00 |
| 2 | Shivlock Company, Inc. | 7100-000 | 12,758.78 | 13,514.00 | 13,514.00 | 0.00 |
| 3U | Plumbers Welfare Fund Local 130 UA etal | 7100-000 | N/A | 161,013.37 | 161,013.37 | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 8,234.29 | N/A | N/A | 0.00 |
| NOTFILED | Ferguson Enterprises LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Plumbing, Inc. | 7100-000 | 16,150.64 | N/A | N/A | 0.00 |
| NOTFILED | Menards c/o HSBC Business Solutions | 7100-000 | 6,820.93 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 3,459.56 | N/A | N/A | 0.00 |
| NOTFILED | Ferguson Enterprises LLC | 7100-000 | 61,578.21 | N/A | N/A | 0.00 |
| NOTFILED | Ozinga | 7100-000 | 3,037.06 | N/A | N/A | 0.00 |
| NOTFILED | National Plumbing | 7100-000 | 724.16 | N/A | N/A | 0.00 |
| NOTFILED | Banner Plumbing Supply Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Banner Plumbing Supply Co. | 7100-000 | 19,189.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Arrow Financial Services LLC c/o Freedman, Anselmo | 7100-000 | 1,683.45 | N/A | N/A | 0.00 |
| NOTFILED | Citgo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citgo | 7100-000 | 3,780.24 | N/A | N/A | 0.00 |
| NOTFILED | Domestic Linen Supply Co. c/o The Chaet Kaplan Baim | 7100-000 | 8,679.52 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 146,096.70 | 174,852.37 | 174,852.37 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-27132  
Case Name: EAST WEST PLUMBING, INC.  
Period Ending: 09/14/11

Trustee: (330360) GLENN R. HEYMAN  
Filed (f) or Converted (c): 07/27/09 (f)  
§341(a) Meeting Date: 09/08/09  
Claims Bar Date: 05/20/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable | Unknown | Unknown | DA | 0.00 | FA |
| 2 | Office Equipment, Furnishings and Supplies | 500.00 | 500.00 | DA | 0.00 | FA |
| 3 | Misc. tools and supplies | 500.00 | 500.00 | DA | 0.00 | FA |
| 4 | Settlement on assets transferred | Unknown | Unknown | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.40 | FA |
| 5 | Assets   Totals (Excluding unknown values) | $1,000.00 | $1,000.00 | | $7,502.40 | $0.00 |

Major Activities Affecting Case Closing:

   07/15: preparing tax returns; reviewed claims, will settle secured claim

   12/2010: In process of settling secured claim.

Initial Projected Date Of Final Report (TFR):    February 28, 2011        Current Projected Date Of Final Report (TFR):    June 15, 2011  (Actual)

Printed: 09/14/2011 11:33 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 09-27132  
Case Name: EAST WEST PLUMBING, INC.  
Taxpayer ID #: **-***2999  
Period Ending: 09/14/11  

Trustee: GLENN R. HEYMAN (330360)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****97-65 - Money Market Account  
Blanket Bond: $5,000,000.00  (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | {4} | Grand Plumbing, Inc. | First Payment of Settlement with Grand Plumbing, Inc. | 1141-000 | 2,500.00 | | 2,500.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,500.10 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,500.11 |
| 04/06/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -2,500.11 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -2,500.11 | 0.00 | |
| | | | Subtotal | | 2,500.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,500.11 | $0.00 | |

{} Asset reference(s)                                                        Printed: 09/14/2011 11:33 AM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 09-27132  
Case Name: EAST WEST PLUMBING, INC.  
Taxpayer ID #: **-***2999  
Period Ending: 09/14/11  

Trustee: GLENN R. HEYMAN (330360)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******97-65 - Money Market Account  
Blanket Bond: $5,000,000.00   (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 2,500.11 | | 2,500.11 |
| 04/23/10 | {4} | Grand Plumbing, Inc. | Second installment of settlement | 1141-000 | 2,500.00 | | 5,000.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.14 | | 5,000.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 5,000.55 |
| 06/23/10 | {4} | Grand Plumbing Inc. | Third installment of settlement of preference action | 1141-000 | 2,500.00 | | 7,500.55 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 7,500.87 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.44 | | 7,501.31 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.45 | | 7,501.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,501.82 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,501.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,501.94 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,502.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,502.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,502.11 |
| 02/28/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-27132<br> Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 8.60 | 7,493.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,493.57 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,493.63 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,493.69 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,493.75 |
| 07/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 7,493.80 |
| 07/28/11 | | To Account #9200******9766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,493.80 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,502.40 | 7,502.40 | $0.00 |
| | | | Less: Bank Transfers | | 2,500.11 | 7,493.80 | |
| | | | Subtotal | | 5,002.29 | 8.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,002.29 | $8.60 | |

{} Asset reference(s)           !-Not printed or not transmitted           Printed: 09/14/2011 11:33 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-27132 | | Trustee: | GLENN R. HEYMAN (330360) |
| Case Name: | EAST WEST PLUMBING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***2999 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/28/11 | | From Account #9200******9765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,493.80 | | 7,493.80 |
| 07/28/11 | 101 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,232.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 1,232.00 | 6,261.80 |
| 07/28/11 | 102 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,500.23, Trustee Compensation;  Reference: | 2100-000 | | 1,500.23 | 4,761.57 |
| 07/28/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,456.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,456.00 | 2,305.57 |
| 07/28/11 | 104 | Plumbers Welfare Fund Local 130 UA etal | Dividend paid   2.86% on $80,568.67; Claim# 3S; Filed: $80,568.67; Reference: | 4800-000 | | 2,305.57 | 0.00 |

| | | | |
|---|---|---:|---:|---:|
| | ACCOUNT TOTALS | 7,493.80 | 7,493.80 | $0.00 |
| | Less: Bank Transfers | 7,493.80 | 0.00 | |
| | Subtotal | 0.00 | 7,493.80 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $7,493.80 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****97-65 | 2,500.11 | 0.00 | 0.00 |
| MMA # 9200-******97-65 | 5,002.29 | 8.60 | 0.00 |
| Checking # 9200-******97-66 | 0.00 | 7,493.80 | 0.00 |
| | $7,502.40 | $7,502.40 | $0.00 |

{} Asset reference(s)                                                                                                                                                     Printed: 09/14/2011 11:33 AM    V.12.57